**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Vinod Kumar,

Petitioner,

v.

Eric Rokosky, et al.,

Respondents.

No. CV-26-05967-PHX-KML

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The court ordered respondent to show cause why the petition should not be granted. (Doc. 4.) In their response, respondents state: "Respondents do not oppose the habeas petition or Petitioner's requested relief for release from custody." (Doc. 7.) The court accepts this concession as non-opposition to granting the petition.

**IT IS ORDERED:**

(1) Petitioner's petition for writ of habeas corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the petition is denied as moot.

(2) Respondent must immediately release petitioner from custody under the same conditions that existed before his detention.

(3) Respondent must provide a notice of compliance within **two days** of this order.

. . . .

. . . .

(4) Any pending motions are denied as moot and the clerk of court must enter judgment in petitioner's favor and close this case.

Dated this 1st day of September, 2026.

**Honorable Krissa M. Lanham**
**United States District Judge**